A CERTIFIED TRUE COPY

DEC 1 5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 18  AM 10: 26

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 29 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

## *JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-76)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,171 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:



Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 1 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

DEC 2 ? 2006

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

____ Fee_____
____ Process_____
X  Dktd _____
____ CtRmDep._____
____ Doc. No._____

## SCHEDULE CTO-76 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALASKA** | | |
| AK 3 06-257 | Gary W. Putman, et al. v. Merck & Co., Inc. | EDLA 06-10969 |
| AK 3 06-258 | Robert Felder v. Merck & Co., Inc. | EDLA 06-10970 |
| **ALABAMA MIDDLE** | | |
| ALM 3 06-979 | Clifford Bailey, et al. v. Merck & Co., Inc., et al. | VACATED 12/15/06 |
| **ALABAMA NORTHERN** | | |
| ALN 1 06-2260 | Junior Alldreage, et al. v. Merck & Co., Inc., et al. | EDLA 06-10971 |
| ALN 1 06-2284 | Wayne Watts, et al. v. Merck & Co., Inc. | EDLA 06-10972 |
| ALN 5 06-2248 | Don Macmillan v. Merck & Co., Inc. | EDLA 06-10973 |
| ALN 7 06-2332 | Dorothy Cantreli, et al. v. Merck & Co., Inc. | EDLA 06-10974 |
| **ARIZONA** | | |
| AZ 2 06-2665 | Marlene Ferguson, et al. v. Merck & Co., Inc. | EDLA 06-10975 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-6642 | Deborah Dionne, et al. v. Merck & Co., et al. | EDLA 06-10976 |
| CAC 2 06-6644 | Lucila B. Castillo, et al. v. Merck & Co., Inc. | EDLA 06-10977 |
| CAC 2 06-6816 | Philip Hansen Bailey, etc. v. Merck & Co, Inc. | EDLA 06-10978 |
| CAC 2 06-7006 | Shelia Williams v. Merck & Co., Inc. | EDLA 06-10979 |
| CAC 2 06-7007 | William E. Hauser, etc. v. Merck & Co., Inc. | EDLA 06-10980 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-2283 | Barbara Abbott, et al. v. Merck & Co., Inc. | EDLA 06-10981 |
| CAE 2 06-2284 | Delphia Bell v. Merck & Co., Inc., et al. | EDLA 06-10982 |
| CAE 2 06-2285 | Harry Jones v. Merck & Co., Inc., et al. | EDLA 06-10983 |
| CAE 2 06-2332 | Norma Loomis v. Merck & Co., Inc. | EDLA 06-10984 |
| CAE 2 06-2344 | Marva Johnson v. Merck & Co., Inc. | EDLA 06-10985 |
| CAE 2 06-2346 | Carl Dudding v. Merck & Co., Inc. | EDLA 06-10986 |
| CAE 2 06-2348 | Sandra Elliott v. Merck & Co., Inc. | EDLA 06-10987 |
| CAE 2 06-2349 | Anh Devers v. Merck & Co., Inc. | EDLA 06-10988 |
| CAE 2 06-2350 | Kenneth Tinkle v. Merck & Co., Inc. | EDLA 06-10989 |
| CAE 2 06-2351 | Kenneth Debolt v. Merck & Co., Inc. | EDLA 06-10990 |
| CAE 2 06-2352 | Betty Mesi v. Merck & Co., Inc. | EDLA 06-10991 |
| CAE 2 06-2354 | Antonio Lourenco v. Merck & Co., Inc. | EDLA 06-10992 |
| CAE 2 06-2362 | Karen Morris v. Merck & Co., Inc. | EDLA 06-10993 |
| CAE 2 06-2422 | Adnell Stephens v. Merck & Co., Inc., et al. | EDLA 06-10994 |
| CAE 2 06-2431 | Donna Goncar v. Merck & Co., Inc., et al. | EDLA 06-10995 |
| CAE 2 06-2434 | Richard McCullough v. Merck & Co., Inc., et al. | EDLA 06-10996 |
| CAE 2 06-2471 | Karin Barrett v. Merck & Co., Inc. | EDLA 06-10997 |
| CAE 2 06-2472 | Domingo Arcangles v. Merck & Co., Inc. | EDLA 06-10998 |
| CAE 2 06-2473 | Semen Fiskel v. Merck & Co., Inc. | EDLA 06-10999 |
| CAE 2 06-2474 | Al Kessler v. Merck & Co., Inc. | EDLA 06-11000 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                     Page 2 of 6

DIST. DIV. C.A. #                CASE CAPTION

| CAE 2  06-2477 | Charlotte Mendonea v. Merck & Co., Inc. | EDLA  06-11001 |
| CAE 2  06-2479 | Sheryl Churchman v. Merck & Co., Inc., et al. | OPPOSED 12/8/06 |
| CAE 2  06-2480 | Besham Singh v. Merck & Co., Inc., et al. | EDLA  06-11002 |
| CAE 2  06-2489 | Madelyn Duke, et al. v. Merck & Co., Inc., et al. | EDLA  06-11003 |
| CAE 2  06-2490 | Beryl L. Caterson v. Merck & Co., Inc., et al. | EDLA  06-11004 |

CALIFORNIA NORTHERN

| CAN 3  06-6576 | Barbara Brooks v. Merck & Co., Inc., et al. | EDLA  06-11005 |
| CAN 3  06-6587 | Otis Mercer v. Merck & Co., Inc., et al. | EDLA  06-11006 |
| CAN 3  06-6595 | Peter Brooks v. Merck & Co., Inc., et al. | EDLA  06-11007 |
| CAN 3  06-6612 | Ray Reed v. Merck & Co., Inc., et al. | EDLA  06-11008 |
| CAN 3  06-6762 | Lola Baker v. Merck & Co., Inc. | EDLA  06-11009 |
| CAN 3  06-6764 | Susan Christensen v. Merck & Co., Inc. | EDLA  06-11010 |
| CAN 3  06-6765 | Carlos Adlawan v. Merck & Co., Inc. | EDLA  06-11011 |
| CAN 3  06-6766 | Anita Aars v. Merck & Co., Inc. | EDLA  06-11012 |
| CAN 3  06-6767 | Klara Bernsteyn v. Merck & Co., Inc. | EDLA  06-11013 |
| CAN 3  06-6769 | Robert Chow v. Merck & Co., Inc. | EDLA  06-11014 |
| CAN 3  06-6789 | Marbely Gutierrez v. Merck & Co., Inc. | EDLA  06-11015 |
| CAN 3  06-6793 | Ninel Gindina v. Merck & Co., Inc. | EDLA  06-11016 |
| CAN 3  06-6795 | Julia Dumas, et al. v. Merck & Co., Inc. | EDLA  06-11017 |
| CAN 3  06-6796 | Robert Garrett v. Merck & Co., Inc. | EDLA  06-11018 |
| CAN 3  06-6846 | Wayne Wong v. Merck & Co., Inc. | EDLA  06-11019 |
| CAN 3  06-6848 | Elliot Zolt v. Merck & Co., Inc. | EDLA  06-11020 |
| CAN 3  06-6851 | Jerry Hale v. Merck & Co., Inc. | EDLA  06-11021 |
| CAN 3  06-6859 | Leo Hildreth v. Merck & Co., Inc. | EDLA  06-11022 |
| CAN 3  06-6862 | Alex Lukovsky v. Merck & Co., Inc. | EDLA  06-11023 |
| CAN 3  06-6863 | Juana Ochoa v. Merck & Co., Inc. | EDLA  06-11024 |
| CAN 3  06-6864 | John Morrice v. Merck & Co., Inc. | EDLA  06-11025 |
| CAN 3  06-6866 | Ronald L. Silva v. Merck & Co., Inc. | EDLA  06-11026 |
| CAN 3  06-6867 | Nancy Pittroff v. Merck & Co., Inc. | EDLA  06-11027 |
| CAN 3  06-6869 | Lev Klachkavsky v. Merck & Co., Inc. | EDLA  06-11028 |
| CAN 3  06-6873 | Barbara Hoffman, etc. v. Merck & Co., Inc. | EDLA  06-11029 |
| CAN 3  06-6874 | Fred Rice v. Merck & Co., Inc. | EDLA  06-11030 |
| CAN 3  06-6875 | Gerald Sefranka v. Merck & Co., Inc. | EDLA  06-11031 |
| CAN 3  06-6878 | Richard Simms v. Merck & Co., Inc. | EDLA  06-11032 |
| CAN 3  06-6879 | Samuel Summerfield v. Merck & Co., Inc. | EDLA  06-11033 |
| CAN 3  06-6880 | Lula Taylor v. Merck & Co., Inc. | EDLA  06-11034 |
| CAN 3  06-6881 | George Martinis v. Merck & Co., Inc. | EDLA  06-11035 |
| CAN 3  06-6882 | Elivra Nagle v. Merck & Co., Inc. | EDLA  06-11036 |
| CAN 4  06-6590 | Christine Hansen, et al. v. Merck & Co., Inc., et al. | EDLA  06-11037 |
| CAN 4  06-6785 | Valentina Demikhovskaya v. Merck & Co., Inc. | EDLA  06-11038 |
| CAN 4  06-6788 | Daniel Flanagan v. Merck & Co., Inc. | EDLA  06-11039 |
| CAN 4  06-6843 | Janie Wiley v. Merck & Co., Inc. | EDLA  06-11040 |
| CAN 4  06-6865 | Guadalupe Urena, et al. v. Merck & Co., Inc. | EDLA  06-11041 |
| CAN 4  06-6868 | Nian Huang v. Merck & Co., Inc. | EDLA  06-11042 |
| CAN 4  06-6871 | Mary L. Howle v Merck & Co., Inc. | EDLA  06-11043 |

CALIFORNIA SOUTHERN
| CAS 3  06-2431 | Michael Cienfuegos, etc. v. Merck & Co., Inc., et al. | EDLA  06-11044 |
| CAS 3  06-2432 | Jimmie Ramsey v. Merck & Co., Inc., et al. | EDLA  06-11045 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 3 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **COLORADO** | | |
| CO  1  06-2130 | Herbert L. Wittow v. Merck & Co., Inc. | EDLA  06-11046 |
| ~~CO  1  06-2164~~ | ~~James Franklin, etc. v. Merck & Co., Inc.~~  OPPOSED 12/14/06 | |
| CO  1  06-2165 | Ronald Dooley, et al. v. Merck & Co., Inc. | EDLA  06-11047 |
| **CONNECTICUT** | | |
| CT  3  06-1761 | Frank Pescatello v. Merck & Co., Inc. | EDLA  06-11048 |
| **FLORIDA MIDDLE** | | |
| FLM 2  06-587 | Danny Taulbee v. Merck & Co., Inc., et al. | EDLA  06-11049 |
| FLM 5  06-379 | Lyle Moody v. Merck & Co., Inc., et al. | EDLA  06-11050 |
| FLM 6  06-1667 | Marian Jenkinson, etc. v. Merck & Co., Inc., et al. | EDLA  06-11051 |
| FLM 8  06-1209 | Barbara Jowers v. Merck & Co., Inc., et al. | EDLA  06-11052 |
| FLM 8  06-1992 | Robert Sidney Spann v. Merck & Co., Inc., et al. | EDLA  06-11053 |
| **FLORIDA SOUTHERN** | | |
| FLS 0  06-61580 | Jeffrey Dombeck, et al. v. Merck & Co., Inc. | EDLA  06-11054 |
| FLS 0  06-61581 | William J. Leon, et al. v. Merck & Co., Inc. | EDLA  06-11055 |
| FLS 0  06-61582 | Marthan Moore, et al. v. Merck & Co., Inc. | EDLA  06-11056 |
| FLS 0  06-61583 | Lillian A. Russo v. Merck & Co., Inc. | EDLA  06-11057 |
| FLS 0  06-61609 | Victoria Luciano, et al. v. Merck & Co., Inc. | EDLA  06-11058 |
| FLS 1  06-22292 | Susana Jalon, et al. v. Merck & Co., Inc. | EDLA  06-11059 |
| ~~FLS 2  06-14284~~ | ~~Kenneth Bowe, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14285~~ | ~~Jacob Avidon, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14287~~ | ~~Veronica Clark-Atchinson v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14288~~ | ~~Robin A. Curry v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14289~~ | ~~Lystine Fairweather, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14290~~ | ~~Mary Lee Hudson v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14291~~ | ~~Walter Smith, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14292~~ | ~~Warren Young, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14293~~ | ~~Andrew Trax, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14294~~ | ~~Helen Spano, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14295~~ | ~~John Gumas v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14296~~ | ~~Darrell Duncan v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14297~~ | ~~James Ferguson v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14298~~ | ~~Carol Morgan v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14299~~ | ~~Patricia C. Putman, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14300~~ | ~~Donald L. Simons v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 2  06-14301~~ | ~~Donna Robinson v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| FLS 2  06-14305 | Henry C. Givens v. Merck & Co., Inc., et al. | EDLA  06-11060 |
| ~~FLS 9  06-80994~~ | ~~Gail Simmons v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 9  06-80996~~ | ~~Anita Finnegan v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 9  06-80997~~ | ~~Joseph Iuvara, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| ~~FLS 9  06-80998~~ | ~~Thomas Erling v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06 | |
| **GEORGIA NORTHERN** | | |
| GAN 1  06-2643 | Clifford L. Wooten v. Merck & Co., Inc. | EDLA  06-11061 |
| GAN 1  06-2644 | Elizabeth C. Rosebush, etc. v. Merck & Co., Inc. | EDLA  06-11062 |
| **IOWA NORTHERN** | | |
| IAN 3  06-3065 | Phyllis Heslop v. Merck & Co., Inc. | EDLA  06-11063 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 4 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **IOWA SOUTHERN** | | |
| IAS 1  06-39 | Jerry Barringer v. Merck & Co., Inc. | EDLA 06-11064 |
| **ILLINOIS CENTRAL** | | |
| ILC 2  06-2221 | William Phelps, etc. v. Merck & Co., Inc. | EDLA 06-11065 |
| **ILLINOIS NORTHERN** | | |
| ILN 1  06-5743 | Doris Miller, et al. v. Merck & Co., Inc. | EDLA 06-11066 |
| ~~ILN 1  06-5744~~ | ~~Ines Alegre, etc. v. Jorge N. Aguayo, M.D., et al.~~ | OPPOSED 12/8/06 |
| ILN 1  06-5805 | Evelyn Waldman v. Merck & Co., Inc. | EDLA 06-11067 |
| **ILLINOIS SOUTHERN** | | |
| ILS 3  06-818 | Myrna Hamilton, et al. v. Merck & Co., Inc., et al. | EDLA 06-11068 |
| ~~ILS 3  06-827~~ | ~~Ann Reid v. Merck & Co., Inc., et al.~~ | VACATED 12/14/06 |
| ILS 3  06-831 | William W. Rhodes v. Merck & Co., Inc., et al. | EDLA 06-11069 |
| ILS 3  06-840 | Jerry Lemonds v. Merck & Co., Inc., et al. | EDLA 06-11070 |
| ILS 3  06-848 | James Ignatz v. Merck & Co., Inc., et al. | EDLA 06-11071 |
| ILS 3  06-849 | Louis Kraus v. Merck & Co., Inc., et al. | EDLA 06-11072 |
| ILS 3  06-850 | John M. Linkes v. Merck & Co., Inc. | EDLA 06-11073 |
| ILS 3  06-853 | Antonio Silva v. Merck & Co., Inc. | EDLA 06-11074 |
| ILS 3  06-867 | Catherine S. Sadich v. Merck & Co., Inc. | EDLA 06-11075 |
| ILS 3  06-868 | John Street v. Merck & Co., Inc. | EDLA 06-11076 |
| ILS 3  06-877 | Rodney W. Shupe v. Merck & Co., Inc. | EDLA 06-11077 |
| **INDIANA NORTHERN** | | |
| INN 2  06-363 | Seth Jones v. Merck & Co., Inc. | EDLA 06-11078 |
| **KANSAS** | | |
| KS 2  06-2413 | David Edmonds v. Merck & Co., Inc. | EDLA 06-11079 |
| **LOUISIANA WESTERN** | | |
| LAW 2  06-1936 | Sally Ellender Chapman v. Merck & Co., Inc. | EDLA 06-11080 |
| **MINNESOTA** | | |
| MN 0  06-4406 | Donald Haider v. Merck & Co., Inc. | EDLA 06-11081 |
| **MISSOURI EASTERN** | | |
| MOE 4  06-1589 | Ida Criglar, et al. v. Merck & Co., Inc., et al. | EDLA 06-11082 |
| **NEW YORK EASTERN** | | |
| NYE 1  06-4796 | Yolande Brice, et al. v. Merck & Co., Inc. | EDLA 06-11083 |
| **NEW YORK NORTHERN** | | |
| NYN 1  06-1309 | Deanne Murdie, etc. v. Merck & Co., Inc., et al. | EDLA 06-11084 |
| NYN 5  06-1332 | Douglas Charles Persse, et al. v. Merck & Co., Inc. | EDLA 06-11085 |
| **NEW YORK SOUTHERN** | | |
| ~~NYS 1  06-11419~~ | ~~Ali Ghanem v. Merck & Co., Inc., et al.~~ | OPPOSED 12/8/06 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 5 of 6

| DIST. DIV. C.A. # | CASE CAPTION | | |
|---|---|---|---|
| NEW YORK WESTERN | | | |
| NYW 6  06-6530 | Rosemary Johnson v. Merck & Co., Inc., et al. | EDLA | 06-11086 |
| NYW 6  06-6531 | Zerita H. Newman, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11087 |
| NYW 6  06-6532 | Roger Bickel, et al. v. Merck & Co., Inc., et al. | EDLA | 06-11088 |
| NYW 6  06-6533 | Brenda Baron, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11089 |
| NYW 6  06-6534 | Dianne Benson, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11090 |
| NYW 6  06-6544 | Pamela Charsley-Joslin, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11091 |
| NYW 6  06-6545 | Theresa J. Keenan, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11092 |
| NYW 6  06-6546 | Eugene O. Moore, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11093 |
| NYW 6  06-6547 | Glen Nicolosi, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11094 |
| NYW 6  06-6548 | Frank B. Perillo, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11095 |
| NYW 6  06-6549 | Patricia A. Ruvolo, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11096 |
| NYW 6  06-6550 | Patricia Sabadasz, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11097 |
| NYW 6  06-6551 | Lavernne Watson, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11098 |
| | | | |
| OHIO NORTHERN | | | |
| OHN 1  06-2558 | Timothy Walter Richards, Sr., et al. v. Merck & Co., Inc. | EDLA | 06-11099 |
| OHN 1  06-2559 | Deborah K. Roscoe v. Merck & Co., Inc. | EDLA | 06-11100 |
| OHN 1  06-2560 | Leonard Novak, et al. v. Merck & Co., Inc. | EDLA | 06-11101 |
| OHN 1  06-2561 | Edith Tabak, et al. v. Merck & Co., Inc. | EDLA | 06-11102 |
| OHN 1  06-2562 | Kenneth W. Raybon, et al. v. Merck & Co., Inc. | EDLA | 06-11103 |
| OHN 1  06-2575 | Thomas G. Wigle, et al. v. Merck & Co., Inc. | EDLA | 06-11104 |
| OHN 1  06-2580 | Glenn A. Cook, et al. v. Merck & Co., Inc. | EDLA | 06-11105 |
| OHN 1  06-2583 | Mary Young v. Merck & Co., Inc. | EDLA | 06-11106 |
| OHN 1  06-2584 | Thomas M. Tulcewicz v. Merck & Co., Inc. | EDLA | 06-11107 |
| OHN 1  06-2585 | Benjamin Thompson v. Merck & Co., Inc. | EDLA | 06-11108 |
| OHN 1  06-2636 | Nikki Gilmore, etc. v. Merck & Co., Inc. | EDLA | 06-11109 |
| OHN 1  06-2637 | Edward M. Stanco, Jr., etc. v. Merck & Co., Inc. | EDLA | 06-11110 |
| OHN 1  06-2669 | Edward Drozd, et al. v. Merck & Co., Inc. | EDLA | 06-11111 |
| OHN 1  06-2670 | Carolyn Evans, et al. v. Merck & Co., Inc. | EDLA | 06-11112 |
| OHN 5  06-2635 | Kenneth K. Kerr, Sr. v. Merck & Co., Inc. | EDLA | 06-11113 |
| OHN 5  06-2638 | Barbara R. Brunk, etc. v. Merck & Co., Inc. | EDLA | 06-11114 |
| | | | |
| OHIO SOUTHERN | | | |
| OHS 1  06-720 | Betty Pickett v. Merck & Co., Inc., et al. | EDLA | 06-11115 |
| OHS 2  06-876 | Betty Mason v. Merck & Co., Inc., et al. | EDLA | 06-11116 |
| | | | |
| OKLAHOMA EASTERN | | | |
| OKE 6  06-464 | Omega Lambert, etc. v. Merck & Co., Inc. | EDLA | 06-11117 |
| OKE 6  06-465 | Gerald Hammond v. Merck & Co., Inc. | EDLA | 06-11118 |
| OKE 6  06-466 | Pamela Treadwell, etc. v. Merck & Co., Inc. | EDLA | 06-11119 |
| OKE 6  06-468 | Paul Stinson v. Merck & Co., Inc. | EDLA | 06-11120 |
| | | | |
| OKLAHOMA WESTERN | | | |
| OKW 5  06-1211 | Ruby King, etc. v. Merck & Co., Inc. | EDLA | 06-11121 |
| | | | |
| PENNSYLVANIA EASTERN | | | |
| PAE 2  06-4827 | Greg Golla v. Merck & Co., Inc., et al. | EDLA | 06-11122 |
| | | | |
| PENNSYLVANIA WESTERN | | | |
| ~~PAW 2  06-1443~~ | ~~William T. Krajcovic, Sr., etc. v. Merck & Co., Inc.~~  OPPOSED 12/14/06 | | |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)          Page 6 of 6

<u>DIST. DIV. C.A. #</u>                    <u>CASE CAPTION</u>

**TEXAS EASTERN**
  TXE 2  06-456          Don Cagle, etc. v. Merck & Co., Inc., et al.          EDLA  06-11123
  TXE 4  06-436          Pauline Stover v. Merck & Co., Inc.                   EDLA  06-11124

**TEXAS NORTHERN**
  TXN 4  06-741          Gail Yeakley, etc. v. Merck & Co., Inc.               EDLA  06-11125

**TEXAS SOUTHERN**
  ~~TXS 1  06-176~~          ~~Juan Lizardi v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  TXS 2  06-471          Maria Graciela Cruz v. Merck & Co., Inc., et al.      EDLA  06-11126
  ~~TXS 2  06-478~~          ~~Rosario Lechuga v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  ~~TXS 2  06-489~~          ~~Divine Garcia v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  TXS 4  06-3464         Antoinette Donaldson v. Merck & Co., Inc.             EDLA  06-11127
  ~~TXS 7  06-303~~          ~~Lilian Murphree v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  TXS 7  06-318          Paula Gonzalez v. Merck & Co., Inc., et al.           EDLA  06-11128
  ~~TXS 7  06-319~~          ~~Juan R. Gonzalez v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  ~~TXS 7  06-320~~          ~~Adolfo De Leon v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  ~~TXS 7  06-321~~          ~~Victor Saenz v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  ~~TXS 7  06-329~~          ~~Jose Zuniga v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  ~~TXS 7  06-331~~          ~~Rodolfo Regalado v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  ~~TXS 7  06-333~~          ~~Ludivina Pena v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  ~~TXS 7  06-334~~          ~~Anita Salinas v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06

**TEXAS WESTERN**
  ~~TXW 1  06-848~~          ~~Emil Kenneth Braune v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  TXW 1  06-850          James Mercer v. Merck & Co., Inc., et al.             EDLA  06-11129
  ~~TXW 1  06-858~~          ~~Marilyn Trent v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  ~~TXW 1  06-859~~          ~~Charles Ray Garrett, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/11/06
  ~~TXW 1  06-870~~          ~~Esther McConoghy v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  ~~TXW 1  06-871~~          ~~Ruby Shaw v. Merck & Co., Inc., et al.~~          OPPOSED 12/11/06
  TXW 5  06-940          Leonel Diaz v. Merck & Co., Inc.                      EDLA  06-11130

**UTAH**
  UT 2  06-905           Mable Lassen v. Merck & Co., et al.                   EDLA  06-11131
  UT 2  06-931           James Pangburn, et al. v. Merck & Co., Inc., et al.   EDLA  06-11132

**WEST VIRGINIA SOUTHERN**
  WVS 1  06-898          Dorothy Petry, et al. v. Merck & Co., Inc.            EDLA  06-11133